FERGUSON, PRAET & SHERMAN, APC
PETER J. FERGUSON (SBN 108297)
peterferg@aol.com
ALLEN CHRISTIANSEN (SBN 263651)
achristiansen@law4cops.com
1631 E. 18th Street
Santa Ana, California 92705
Tel:(714) 953-5300 / Fax: (714) 953-1143
Counsel for Defendants City of Newport Beach, Richard Henry, and Nathan Farris

DANIEL P. BARER (SBN 150812)
POLLAK, VIDA & FISHER
11150 W. Olympic Boulevard, Suite 980
Los Angeles, California 90064-1839
Tel: (310) 551-3400 / Fax: (310) 551-1036
Counsel for Defendants City of Newport Beach; Richard Henry, Nathan Farris, and Dave Kresge

JS - 6

7580.033

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VOS, individually and as successor-in-interest to Gerrit Vos; and JENELLE BERNACCHI, individually and as successor-ininterest to Gerrit Vos, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF NEWPORT BEACH, a government entity; RICHARD HENRY, NATHAN FARRIS; DAVID KRESGE; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 8:15-cv-00768 JVS-DFM <br> *[Assigned to The Hon. James V. Selna]* <br><br> Action Filed: May 15, 2015 <br><br> **JUDGMENT** <br> [Fed. Rules of Civ. Proc., Rule 56; LR 56-1] <br><br> [Served and filed concurrently with motion for summary judgment; statement of uncontroverted facts and conclusions of law; appendix of exhibits filed under seal; and appendix of nonsealed exhibits] <br><br> Date: October 24, 2016 <br> Time: 1:30 p.m. <br> Courtroom: 10C <br> Judge: Honorable James V. Selna <br> Trial Date: December 13, 2016 <br> Action Filed: May 15, 2015 |

The Motion for Summary Judgment by defendants City of Newport Beach, Officer Richard Henry, and Officer Nathan Farris (defendant Officer David Kresge having been previously dismissed by stipulation) came on for hearing by the Court

*LAW OFFICES OF POLLAK, VIDA & FISHER*

*[PROPOSED] JUDGMENT; OR, ALTERNATIVELY, [PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT*

on October 24, 2016. Based upon the papers filed in support of and in opposition to the motion, all matters properly part of the record, and the Statement of Uncontroverted Facts and Conclusions of Law,

JUDGMENT is entered in favor of defendants City of Newport Beach, Officer Richard Henry, and Officer Nathan Farris, and against plaintiffs Richard Vos and Jenelle Bernacchi. The moving defendants shall recover their reasonable costs of suit herein as against plaintiffs.

IT IS SO ORDERED.

DATED: November 2, 2016   _____
                           UNITED STATES DISTRICT JUDGE

O:\ECF Ready\Vos - order granting MSJ-Final.HRG 10-24-16.wpd